IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD C. KELLEY                    :        CIVIL ACTION
                                    :
              v.                    :
                                    :
DONALD T. VAUGHN,                   :
SUPERINTENDENT, <u>et al</u>.              :        NO. 02-4777

────────────────────────  <u>O R D E R</u>

          AND NOW, this          day of July, 2002, having
considered plaintiff's motion to proceed <u>in forma pauperis</u> and
his inmate trust fund account statement which shows a current
balance of $684.34, with an average monthly balance of $510.47,
IT IS HEREBY ORDERED that plaintiff's motion to proceed <u>in forma
pauperis</u> is DENIED for the reason that he has sufficient funds to
pay the $150 filing fee to commence a civil action in this Court.

────────────────────────────────**BY THE COURT:**

────────────────────────────────────────────────────────

                                                  **MARY A.
McLAUGHLIN, J.**